# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region of the National Labor Relations
Board, for and on behalf of THE NATIONAL
LABOR RELATIONS BOARD,

      Petitioner,

vs.

STARBUCKS CORPORATION,

      Respondent.

Case No.: 4:24-cv-10093
Hon. F. Kay Behm
Mag. Judge David R. Grand

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

On October 1, 2025, the Petitioner filed a motion to stay further proceedings in this case because Petitioner's attorneys responsible for the case were furloughed indefinitely on October 1, 2025, as part of a shutdown of the federal government due to a lack of appropriated funds. Petitioner's attorneys are prohibited by law from working until they are recalled from furlough.

The Court hereby grants the stay. Petitioner's counsel will notify the Court when Congress has appropriated funds for the Board.

**SO ORDERED.**

Date: October 2, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge